FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 1 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Justin Lane,

    Plaintiff,

v.

City of Tucson, et al,

    Defendants.

No. CV-22-00394-TUC-BGM

**Verdict Form**

## Verdict Form

On plaintiff Justin Lane's First Amendment retaliation claim against defendant City of Tucson, we find in favor of:

_____City of Tucson_____

On plaintiff Justin Lane's First Amendment retaliation claim against defendant Chris Magnus, we find in favor of:

_____Chris Magnus_____

On plaintiff Justin Lane's First Amendment retaliation claim against defendant Kevin Hall, we find in favor of:

_____Kevin Hall_____

On plaintiff Justin Lane's First Amendment retaliation claim against defendant Chad Kasmar, we find in favor of:

_____Chad Kasmar_____

Foreperson
Juror #: 9

If you find in favor of plaintiff Justin Lane against one more defendants on his First Amendment retaliation claim, enter the amount of damages below.

We find plaintiff Justin Lane's lost wages to be:

$ _____

We find plaintiff Justin Lane's other damages, excluding lost wages, to be:

$ _____