# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Lane,<br><br>      Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CV 22-00394-TUC-BGM |

<u>X</u>   Jury verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      IT IS ORDERED AND ADJUDGED, pursuant to the jury verdict on August 13, 2025, judgment is entered in favor of the Defendants City of Tucson, Chris Magnus, Kevin Hall, and Chad Kasmar and against Plaintiff Justin Lane on the First Amendment Retaliation claim.

      The case is now closed.

<u>August 13, 2025</u>                            Debra D. Lucas
Date                                              District Court
                                                        Executive/Clerk


                                                        s/ A. Siquieros
                                                        By: Deputy Clerk