Michelle R. Saavedra
Principal Assistant City Attorney for
Roi I. Lusk
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
Michelle.Saavedra@tucsonaz.gov
State Bar No. 25728
Attorneys for Defendants City of Tucson, Chris Magnus, Kevin Hall & Chad Kasmar

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Lane, a married man, | No. 4:22-cv-00394-BGM |
| Plaintiff, | |
| vs. | **SATISFACTION OF JUDGMENT** |
| City Of Tucson, a municipal corporation; et al., | |
| Defendant. | (Assigned to Hon. Bruce G. MacDonald) |

Defendants City of Tucson, Chris Magnus, Kevin Hall, and Chad Kasmar by and through undersigned counsel, hereby gives notice that the Judgment (Doc. 153) in favor of Defendants and against Plaintiff in the amount of $1,867.40 entered on December 17, 2025, and pursuant to Rule 68 cost sanctions has been satisfied and paid in full.

DATED: February 3, 2026.

ROI I. LUSK, CITY ATTORNEY

By: /s/ *Michelle R. Saavedra*
Michelle R. Saavedra
Principal Assistant City Attorney
Attorney for Defendants

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Gerald Maltz
Timothy P. Stackhouse
MILLER, PITT, FELDMAN & McANALLY, P.C.
One S. Church Ave., Ste., 1000
Tucson, AZ 85701
gmaltz@mpfmlaw.com
tstackhouse@mpfmlaw.com
   *Attorneys for Plaintiff*

By C. Loss