Michelle R. Saavedra
Principal Assistant City Attorney for
Roi I. Lusk
CITY ATTORNEY
P.O. Box 27210
Tucson, AZ  85726-7210
Telephone: (520) 791-4221
Fax: (520) 623-9803
Michelle.Saavedra@tucsonaz.gov
State Bar No. 25728
*Attorneys for Defendants City of Tucson, Chris Magnus, Kevin Hall & Chad Kasmar*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Lane, a married man, | No. 4:22-cv-00394-BGM |
| Plaintiff, | |
| vs. | **AMENDED SATISFACTION OF JUDGMENT** |
| City Of Tucson, a municipal corporation; et al., | |
| Defendant. | (Assigned to Hon. Bruce G. MacDonald) |

Defendants City of Tucson, Chris Magnus, Kevin Hall, and Chad Kasmar by and through undersigned counsel, hereby gives notice that the Judgment (Doc. 153) in favor of Defendants and against Plaintiff in the amount of $1,867.40 entered on December 17, 2025, and pursuant to Rule 68 54 cost sanctions has been satisfied and paid in full.

DATED: February 4, 2026.

ROI I. LUSK, CITY ATTORNEY

By: /s/ ***Michelle R. Saavedra***
Michelle R. Saavedra
Principal Assistant City Attorney
Attorney for Defendants

1

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on February 4, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

5

Gerald Maltz

6

Timothy P. Stackhouse

7

MILLER, PITT, FELDMAN & McANALLY, P.C.

One S. Church Ave., Ste., 1000

8

Tucson, AZ 85701

gmaltz@mpfmlaw.com

9

tstackhouse@mpfmlaw.com

10

*Attorneys for Plaintiff*

11

By C. Loss

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28